# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSHUA ROBERTSON,

Plaintiff,

v.

JOHN LATORRACA CORRECTIONAL FACILITY,

Defendant.

Case No.  1:24-cv-00009-BAM (PC)

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AS A NON-PRISONER

(ECF No. 2)

Plaintiff Joshua Robertson ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Currently before the Court is Plaintiff's motion for leave to proceed *in forma pauperis*, filed December 20, 2023.  (ECF No. 2.)  Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 2), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   __January 8, 2024__                    ___/s/ *Barbara A. McAuliffe*___
UNITED STATES MAGISTRATE JUDGE

1