# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ROBERTSON, | Case No. 1:24-00009-JLT-BAM (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING |
| v. | (ECF No. 39) |
| JOHN LATORRACA CORRECTIONAL FACILITY, *et al.*, | |
| Defendants. | |

Plaintiff Joshua Robertson is a former pretrial detainee and current civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against: (1) defendants Gutierrez, Sandoval, and Reid for Due Process violation for conditions of confinement related to cell sanitation; (2) defendant Guiterrez for Due Process violation for conditions of confinement related to removal of the mattress; and (3) defendants Merce County and John Latorraca Correctional Facility for *Monell* liability.

Currently before the Court is a motion to amend complaint filed October 15, 2025. (ECF No. 39.) In the motion, which is dated December 20, 2024, Plaintiff seeks leave to amend his complaint in accordance with Federal Rule of Civil Procedure 15(a). Plaintiff specifies that he would like to amend certain numbered paragraphs and that he "highlighted the amended paragraphs in this third amended complaint in **BOLD** to make it easier for the court to recognize

1

them." (*Id.*)  Plaintiff requests that the Court accept his third amended complaint.

      Plaintiff's motion is not signed.  Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  As the motion is unsigned, the Court must strike it from the record.  Plaintiff is cautioned that **all future filings must include a signature**, and any motion or filing that does not contain a signature will also be stricken from the record.  Additionally, the motion is duplicative of the signed motion to amend filed on January 2, 2025, which was denied on May 27, 2025.  (ECF Nos. 21, 25.)

      Based on the foregoing, Plaintiff's motion to amend complaint, ECF No. 39, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:  **October 20, 2025**    /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE