UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ROBERTSON,<br><br>               Plaintiff,<br><br>        v.<br><br>JOHN LATORRACA CORRECTIONAL FACILITY, *et al.*,<br><br>               Defendants. | Case No.  1:24-cv-00009-FJS (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO SUBPOENA THIRD PARTY CALIFORNIA MEDICAL GROUP/WELLPATH<br><br>(ECF No. 54) |

Plaintiff Joshua Robertson ("Plaintiff") is a former pretrial detainee and current civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint against: (1) Defendants Gutierrez, Sandoval, and Reed for a Due Process violation for conditions of confinement related to cell sanitation; (2) Defendant Gutierrez for a Due Process violation for conditions of confinement related to removal of the mattress; and (3) Defendants Merced County and John Latorraca Correctional Facility ("JLCF") for *Monell* liability.  All parties have consented to magistrate judge jurisdiction. (ECF No. 43.)

On March 18, 2026, Plaintiff filed a motion to subpoena California Medical Group/Wellpath to obtain identifying information for former defendants Johnathan Doe and

Miguel Doe.[1] (ECF No. 54.) After review, the court found it appropriate to schedule a hearing on Plaintiff's motion for subpoena. (ECF No. 60.)

The court held a video hearing on May 27, 2026, with Plaintiff and counsel for Defendants. Plaintiff and counsel for Defendants confirmed that Plaintiff had already obtained the last name of former defendant Miguel Doe. The court inquired whether Plaintiff's subpoena request could be narrowed in time and scope as well as converted to interrogatories or requests for production of documents directed at Defendant Sandoval. As discussed on the record, Plaintiff anticipates serving additional interrogatories on Defendant Sandoval regarding the identity of former defendant Johnathan Doe. Plaintiff also anticipates filing a motion to extend the current June 17, 2026, deadline for filing stipulated amendments or motions to amend the pleadings. (ECF No. 59.)

Based on the parties' discussions on the record and for the reasons explained in the court's April 16, 2026, order, (ECF No. 60), Plaintiff's motion for subpoena of third party California Medical Group/Wellpath, (ECF No. 54), is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

Dated:    **May 27, 2026**    _____
UNITED STATES MAGISTRATE JUDGE

---

[1] A more complete overview of the discovery discussions culminating in the filing of Plaintiff's motion is set forth in the court's April 16, 2026, order. (ECF No. 60.)