UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSHUA ROBERTSON,

Plaintiff,

v.

JOHN LATORRACA CORRECTIONAL FACILITY, *et al.*,

Defendants.

Case No. 1:24-cv-00009-FJS (PC)

ORDER GRANTING NUNC PRO TUNC PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO AMEND THE SECOND AMENDED COMPLAINT

(ECF No. 74)

Plaintiff Joshua Robertson ("Plaintiff") is a former pretrial detainee and current civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against: (1) Defendants Gutierrez, Sandoval, and Reed for a due process violation for conditions of confinement related to cell sanitation; (2) Defendant Gutierrez for a due process violation for conditions of confinement related to removal of the mattress; and (3) Defendants Merced County and John Latorraca Correctional Facility ("JLCF") for Monell liability. All parties consented to magistrate judge jurisdiction. (ECF No. 43.)

On July 6, 2026, Plaintiff filed a motion to amend the second amended complaint. (ECF No. 68.) Defendants filed an opposition on July 27, 2026. (ECF No. 69.) On August 24, 2026, Plaintiff filed a motion for an extension of time to file his reply brief, together with his reply

brief. (ECF Nos. 73, 74.) Plaintiff's motion to amend the second amended complaint is fully briefed. Local Rule 230(l).

In his motion for extension of time, Plaintiff states that he did not have access to a printer to print his typed reply brief because he is housed in a unit without a printer. (ECF No. 74.) Plaintiff states that he believes he will have access to a printer by September 10, 2026, and therefore requests a continuance until September 10, 2026, to submit his reply brief. (ECF No. 74.)

Pursuant to Local Rule 230(l) and Federal Rule of Civil Procedure 6(d), Plaintiff's reply was due on or before August 13, 2026.[1] As the Defendants did not file a response to Plaintiff's motion for extension of time, the court finds a response is unnecessary, and the motion is deemed submitted. Local Rule 230(l).

As Plaintiff promptly submitted his reply brief together with his motion for extension of time and the delay was due to factors outside Plaintiff's control, the court finds good cause to grant Plaintiff's motion for extension of time, nunc pro tunc. Plaintiff's reply brief (ECF No. 73) is accepted as timely filed.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion for extension of time to file a reply brief to Defendants' opposition (ECF No. 74), is GRANTED, nunc pro tunc.

IT IS SO ORDERED.

Dated: **October 22, 2026**

UNITED STATES MAGISTRATE JUDGE

[1] Local Rule 230(l) provides that reply briefs are due "not more than fourteen (14) days after the opposition has been filed in CM/ECF." Local Rule 230(l). Defendants' opposition was filed on July 27, 2026. (ECF No. 69.) Three days were added for mailing, pursuant to Federal Rule of Civil Procedure 6(d).